IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDY RYAN POWELL,   Plaintiff, | : : : | |
| v. | : : | CIVIL ACTION NO. 24-CV-4239 |
| DR. LAURA HARRY, *et al.*,   Defendants. | : : | |

## ORDER

AND NOW, this 16th day of January 2025, upon consideration of Andy Ryan Powell's *pro se* Amended Complaint (ECF No. 7), it is **ORDERED** that:

1. The Clerk of the Court is **DIRECTED** to **TERMINATE** the following Defendants from the docket: (1) Dr. Laura Harry; (2) Tammy Ferguson; and (3) Britany Huner. The Clerk of Court is also **DIRECTED** to **ADD** the following Defendants to the docket: (1) Omar Nunez; and (2) Miguel Ruiz, in accordance with the Amended Complaint.

2. Powell's Amended Complaint is **DISMISSED** as follows:

    a. The state law claim against Defendant Miguel Ruiz is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

    b. The balance of the Amended Complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for the reasons stated in the Court's Memorandum.

3. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

/s/ Michael M. Baylson

**MICHAEL M. BAYLSON, J.**